**The relief described hereinbelow is SO ORDERED**

**Done this 31st day of October, 2014.**



**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



---

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **BETSY L. DEJARNETT** | § | **CHAPTER 13** |
| SS# XXX-XX-3168 | § | |
| **DEBTOR(S)** | § | **CASE NO. BK 13-33052-DHW13** |

### ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM STAY

This matter coming before the Court on the Motion for Relief From Stay filed on behalf of 21st Mortgage Corporation (hereinafter "Movant"), and based on the pleadings previously filed in this matter and the agreement of the parties, it is hereby ORDERED, ADJUDGED and DECREED that:

1.      Movant will file a secured proof of claim for post-petition arrears to include the August 1, 2014 through October 1, 2014 payments, plus attorney's fees and costs of $676.00. Said arrearage claim will be filed for a total present value of $2,495.38 and be paid a specified monthly payment of $53.00. The Debtor's plan payment to the Trustee is hereby amended to $533.00 per month immediately.

2.    Movant's Motion for Relief from Stay is CONDITIONIALLY DENIED; however, the Automatic Stay imposed by 11 U.S.C § 362 shall terminate in favor of Movant without further Order of the this Court if Debtor fails to make any future direct payment to Movant when it first becomes due and fails to bring her account completely current after a twenty (20) day notice of default to Debtor and Debtor's counsel beginning with the payment due in the month of November 2014, provided that in no event shall more than three (3) notices of default be required during the life of the Debtor's case.  In the event Movant furnishes three (3) written notices of default, and further assuming that the Debtor cures each such default, then following the third written notice of default, the Automatic Stay, as contemplated by 11 U.S.C. §362(d), shall immediately lift and, furthermore, the manufactured home shall be abandoned from the Debtor's estate pursuant to 11 U.S.C. §554, without further order of the Court, if Movant fails to receive any complete monthly payment in good and sufficient funds within twenty (20) days of each payments due date.

3.    If relief from stay is granted pursuant to the terms of this Order, then the Court determines that this Order shall be considered a final Order and is immediately effective to terminate the automatic stay and shall not be subject to Rule 4001 (a) (3) of the Federal Rules of Bankruptcy Procedure.


### END OF ORDER ###


This Order Prepared and Submitted By:

Rachel L. Webber (WEBBR-4475)
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403
(205) 344-5000
rwebber@rosenharwood.com
i:\buddy\clients\21st mortgage\dejarnett, betsy l\bk 13-33052\proposed order denying rfs 10-16-14.docx

This Order consented to by:

*/s/ Rachel L. Webber*
Rachel L. Webber (WEBBR-4475)
Attorney for 21st Mortgage Corporation
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403
(205) 344-5000

*/s/ Mary Conner Pool*
Mary Conner Pool
Attorney for Debtor
P. O. Box 4479
Montgomery,, AL 36103
(334) 264-3363

*/s/ Curtis C. Reding*
Curtis C. Reding
Trustee
Post Office Box 173
Montgomery, AL 36101-0173
(334) 262-8371 x22